

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00002-CV

**IN THE INTEREST OF B.S.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00206
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. It is ORDERED that no costs of appeal be taxed against appellant as he qualifies as indigent.

James Peplinski's motion to withdraw as counsel is GRANTED.

SIGNED April 15, 2015.

Karen Angelini, Justice